UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Katrina Costa-Grant, <br><br>　　　　　　　　Plaintiff, <br><br>　v. <br><br>Cell Signaling Technology, Inc., <br><br>　　　　　　　　Defendant. | Case No.: 1:23-cv-10630-PBS |

### DEFENDANT CELL SIGNALING TECHNOLOGY, INC.'S ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Cell Signaling Technology, Inc. ("CST") hereby moves to extend the time for it to answer or otherwise respond to the Complaint in the above-referenced matter from its present due date of March 30, 2023, to and including April 13, 2023.  Plaintiff Katrina Costa-Grant assents to this extension.

As grounds for this motion, CST states that it needs additional time to complete its investigation and analysis of Plaintiff's allegations.

Dated: March 27, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　　/s/ Annabel Rodriguez
　　　　　　　　　　　　　　　　　　　　　Annabel Rodriguez (BBO No. 696001)
　　　　　　　　　　　　　　　　　　　　　**MCDERMOTT WILL & EMERY LLP**
　　　　　　　　　　　　　　　　　　　　　200 Clarendon Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　　Tele:  +1 617 535 4000
　　　　　　　　　　　　　　　　　　　　　Fax: +1 617 535 3800
　　　　　　　　　　　　　　　　　　　　　anrodriguez@mwe.com

　　　　　　　　　　　　　　　　　　　　　Brian Mead (pro hac vice forthcoming)
　　　　　　　　　　　　　　　　　　　　　Barrick Bollman (pro hac vice forthcoming)
　　　　　　　　　　　　　　　　　　　　　Emily Starbuck (pro hac vice forthcoming)

- 2 -

        **MCDERMOTT WILL & EMERY LLP**
        444 West Lake Street
        Chicago, IL 60606-0029
        Tele:  +1 312 372 2000
        Fax: +1 312 984 7700
        bmead@mwe.com
        bbollman@mwe.com
        estarbuck@mwe.com

        *Attorneys for Defendant*
        *Cell Signaling Technology, Inc.*

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

   I hereby certify that on March 25, 2023, and pursuant to Local Rule 7.1(A)(2), counsel for Defendant has conferred with counsel for Plaintiff concerning the subject matter of this Motion and Plaintiff does not oppose this Motion.

Dated: March 27, 2023         /s/ Annabel Rodriguez
                  Annabel Rodriguez (BBO #696001)

## CERTIFICATE OF SERVICE

   I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Dated: March 27, 2023         /s/ Annabel Rodriguez
                  Annabel Rodriguez (BBO #696001)